**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation,** *et al.*, <br><br> **Plaintiff,** <br>     **v.** <br><br> **KKR & CO. INC.,** *et al.*, <br><br> **Defendants.** | **Case No. 2:25-cv-00311-JS** |

## <u>ORDER GRANTING MANDATORY ABSTENTION AND REMAND</u>

AND NOW, this ___ day of _____, 2025, upon consideration of the Motion for

Mandatory Abstention and Remand to State Court of Plaintiff George L. Miller, Chapter 7 Trustee

of the bankruptcy estates of Education Management Corporation, *et al.,* and the responses of

Defendants thereto, it is hereby ORDERED that the Motion is GRANTED.

This Court hereby abstains from hearing this case pursuant to *28 U.S.C. § 1334(c)(2)* and

remands the case to the Court of Common Pleas of Philadelphia County, Pennsylvania.

**BY THE COURT:**

_____
, J.