# Exhibit A

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| **Date: 2018** | | | | | |
| MRT | 6/29/2018 | EDMC01 | Review of case and preliminary information with Trustee | 0.40 | $214.00 |
| MRT | 6/29/2018 | EDMC01 | Review of party information for potential conflicts | 0.50 | $267.50 |
| WAH | 7/2/2018 | EDMC01 | Review of case background | 0.80 | $388.00 |
| MRT | 7/2/2018 | EDMC01 | Review of case information with L. Cromley | 0.30 | $160.50 |
| MRT | 8/2/2018 | EDMC01 | Review and edit App to Employ and conflict check | 1.00 | $535.00 |
| MRT | 8/20/2018 | EDMC01 | Review and comment on response to US Bank's limited objection to procedures and professions | 0.30 | $160.50 |
| MRT | 8/22/2018 | EDMC01 | Telephone conference with C Robinson regarding employment hearing | 0.20 | $107.00 |
| MRT | 8/23/2018 | EDMC01 | Travel to/from hearing on employment (actual 2.0 hrs) | 1.00 | $535.00 |
| MRT | 8/23/2018 | EDMC01 | Attend hearing on employment | 0.20 | $107.00 |
| MRT | 8/29/2018 | EDMC01 | Review of orders from counsel on employment | 0.10 | $53.50 |
| MRT | 8/31/2018 | EDMC01 | Review and comment on draft joint admin motion | 0.20 | $107.00 |
| **Total: 2018** | | | | 5.00 | $2,635.00 |
| **Grand Total** | | | | 5.00 | $2,635.00 |

EXHIBIT"A-4"

THE ART INSTITUTE OF PHILADELPHIA, LLC., et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JUNE 29, 2018 THROUGH SEPTEMBER 30, 2018

**Litigation**

Professional services included in this category include the review of potential litigation matters related to transactions with the former officers and directors, the sale of a subsidiary operations, and asset foreclosure prior to the Chapter 7 filing.  The Applicant has investigated, compiled and analyzed documents of the Debtors, including the electronic data maintained on the Debtors' servers, for information needed in connection with potential litigation.

Hours  55.20          Dollars: $24,055.50

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| **Date: 2018** | | | | | |
| MRT | 7/9/2018 | EDMC04 | Prepare preliminary analysis of insider disbursements and timing of payments. | 3.40 | $1,819.00 |
| WAH | 7/9/2018 | EDMC04 | Review bankruptcy schedules for "insider" transfers | 0.50 | $242.50 |
| MRT | 7/11/2018 | EDMC04 | Review of SOFAs for additional support on transfers and payments | 0.80 | $428.00 |
| MRT | 7/11/2018 | EDMC04 | Further investigation and analysis of insider payments by Debtor | 3.30 | $1,765.50 |
| MRT | 7/30/2018 | EDMC04 | Telephone conference with C Robinson regarding meeting with Dream Center | 0.20 | $107.00 |
| MRT | 7/30/2018 | EDMC04 | Review of schedule and SOFA information and prepare for meeting with Dream Center | 0.90 | $481.50 |
| MRT | 7/30/2018 | EDMC04 | Review Board minutes files and corporate documents for sale and bonus directives | 5.30 | $2,835.50 |
| MRT | 7/31/2018 | EDMC04 | Review and comment on draft document request to Dream Center | 0.40 | $214.00 |
| MRT | 7/31/2018 | EDMC04 | Met with Trustee, counsel and Dream Center regarding information on debtors and agreements with Dream Center | 1.40 | $749.00 |
| MRT | 7/31/2018 | EDMC04 | Prepare listing of potential insider payments from SOFA for submission to Dream Center | 0.60 | $321.00 |
| MRT | 8/1/2018 | EDMC04 | Review of corporate and board records for potential insider support | 1.30 | $695.50 |
| MRT | 8/2/2018 | EDMC04 | Investigate and compile Debtor files for litigation counsel | 0.80 | $428.00 |
| MRT | 8/2/2018 | EDMC04 | Telephone conference with Trustee and S Coren and team regarding potential insider transaction litigation | 0.80 | $428.00 |
| MRT | 8/2/2018 | EDMC04 | Review and analysis of BOD minutes and bonuses paid in 2017-2018 | 1.30 | $695.50 |
| MRT | 8/6/2018 | EDMC04 | Investigate debtor files for disbursement data for bank payments and analysis | 3.10 | $1,658.50 |
| MRT | 8/6/2018 | EDMC04 | Review of BOD minutes and foreclosure data | 0.90 | $481.50 |
| MRT | 8/16/2018 | EDMC04 | Review of US Bank objection to procedures and preference | 0.20 | $107.00 |
| VJS | 8/21/2018 | EDMC04 | Examination of prior sales of universities owned and operated by subsidiaries | 0.90 | $175.50 |
| VJS | 8/22/2018 | EDMC04 | Draft Schedule of Revenues by Debtor utilizing tax returns for FY16 and FY17 | 3.60 | $702.00 |
| MRT | 8/22/2018 | EDMC04 | Discuss transfer analysis with Trustee | 0.20 | $107.00 |
| MRT | 8/22/2018 | EDMC04 | Review of tax support and planning of intercompany analysis | 0.80 | $428.00 |
| JJR | 8/23/2018 | EDMC04 | Confirmation and review of revenue and supporting documentation for fiscal year 2016 and 2017 for all Debtors | 1.10 | $319.00 |
| MRT | 8/23/2018 | EDMC04 | Review and analysis of financial statement data and inter-company analysis | 0.90 | $481.50 |

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| VJS | 8/23/2018 | EDMC04 | Research and investigate files and folders on D Patton Laptop pertaining to 2017 and 2018 financials for revenue data | 2.50 | $487.50 |
| JJR | 8/23/2018 | EDMC04 | Review of Debtor records regarding fiscal year 2018 financials and revenue details | 0.90 | $261.00 |
| MRT | 8/24/2018 | EDMC04 | Review and challenge revenue and receipt analysis from 2014-2016 from Tax return data | 1.20 | $642.00 |
| MRT | 8/24/2018 | EDMC04 | Review and challenge revenue and receipt analysis from 2014-2016 from financial statement data | 1.10 | $588.50 |
| MRT | 8/24/2018 | EDMC04 | Discuss issues with analysis with V Stott | 0.40 | $214.00 |
| MRT | 8/24/2018 | EDMC04 | Coordinate records from storage for analysis needed | 0.20 | $107.00 |
| MRT | 8/24/2018 | EDMC04 | Review and challenge revised analysis for tax data and reconcile to financial statements | 1.40 | $749.00 |
| VJS | 8/24/2018 | EDMC04 | Complete SOFA analysis for FY16 through FY18 | 2.50 | $487.50 |
| VJS | 8/24/2018 | EDMC04 | Meet with M. Tomlin regarding EDMC revenue analysis | 0.40 | $78.00 |
| VJS | 8/24/2018 | EDMC04 | Revise analysis of FY16-18 SOFA revenues to account for Non-Debtor Revenue | 2.30 | $448.50 |
| VJS | 8/27/2018 | EDMC04 | Review and compile FY16 Consolidated Return for revenue analysis | 0.90 | $175.50 |
| VJS | 8/27/2018 | EDMC04 | Review and compile FY17 Consolidated Return for revenue analysis | 0.80 | $156.00 |
| MRT | 8/27/2018 | EDMC04 | Preliminary review of executive files from D Patton | 1.90 | $1,016.50 |
| JJR | 8/28/2018 | EDMC04 | Examination of revenue details regarding statement of financial affairs and reconciliation of details fiscal year 2016 and 2017 | 0.90 | $261.00 |
| MRT | 8/28/2018 | EDMC04 | Review and analysis of revenue by entity from tax return and SOFAs and re-constructed data for variances | 1.70 | $909.50 |
| WAH | 9/5/2018 | EDMC04 | Telephone conference with Trustee, M. Tomlin and Special Counsel regarding case background and potential claims against US Bank | 0.30 | $145.50 |
| MRT | 9/5/2018 | EDMC04 | Telephone conference with Trustee, W Homony, S Coren, B Mather and A Belli regarding litigation | 0.30 | $160.50 |
| MRT | 9/6/2018 | EDMC04 | Investigate information in BOD records for counsel | 1.20 | $642.00 |
| MRT | 9/25/2018 | EDMC04 | Review of debtor files downloaded and assess use for reporting and D&O | 1.60 | $856.00 |

Total: 2018

|  |  | 55.20 | $24,055.50 |

| Employee | Date | Client | Service Description | Time | Value |
|----------|------|--------|---------------------|------|-------|
| **Grand Total** | | | | 55.20 | $24,055.50 |