# Exhibit C

December 10, 2024

**VIA ECF**

The Honorable Craig T. Goldblatt
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

RE:     ***George L. Miller, Chapter 7 Trustee v. Todd S. Nelson, et al.*; D. Del. Bankr. Adv. No. 20-50627 (CTG)**

Dear Judge Goldblatt:

I write jointly on behalf of George L. Miller, Chapter 7 Trustee (the "Trustee") and Defendants (collectively, the "Parties") to update the Court on the status of the above-referenced adversary proceeding since our last joint status report on August 29, 2024.

As previously reported, the Parties made considerable progress in gathering available data and documents, including voluminous data stored on the server of the Receiver for the Dream Center Foundation ("DCF")—which had been transferred by the Debtors prepetition as part of the sale to DCF—and they scheduled a mediation for December 4, 2024, before David M. Murphy of Phillips ADR.

The mediation was cancelled as a result of a dispute between the Parties concerning the proper scope of the mediation. The Trustee advised that he intends to pursue allegations that certain Defendants should be held liable for breach of fiduciary duty and the return of compensation for allegedly torpedoing/forgoing the sale of certain of the Debtors' assets (i.e., the Argosy University and South University education systems) for $150 million or more in favor of a sale of all of the Debtors' assets (including the Art Institutes) to DCF for what the Trustee contends was less than zero consideration. The Trustee contends that these Defendants, in conjunction with third parties who are not defendants in this action, were motivated by conflicted loyalties and personal gain and, because of this alleged conduct, caused damages ranging from $150-250 million.

The Defendants opposed mediation that included the Trustee's sale-related allegations. They contend that the Second Amended Complaint (the "SAC") does not include any allegations or causes of action encompassing these sale-related allegations, and that the Defendants were first made aware by the Trustee of his intention to include the sale-related allegations as part of his breach of fiduciary duty and other claims when they received his mediation statement. The Defendants advised the Trustee of their view that the sale-related allegations constitute new claims and that the only claims in the action to be mediated were the claims in the SAC that survived this Court's rulings on the prior motions to dismiss  The Trustee took the position that he became aware of the facts surrounding the sale-related allegations after he filed the SAC and after he received and had the opportunity to review discovery from the Receiver of DCF.

4934-5748-0453.1 57092.001

The Honorable Craig T. Goldblatt
December 10, 2024
Page 2

The Parties are at an impasse over whether the sale-related allegations are within the scope of the SAC and will therefore seek the Court's assistance. The Defendants' position is that the sale-related allegations constitute new claims that are not encompassed by the SAC and that, if the Trustee intends to pursue such allegations and new claims in this action, he must file a motion for leave to amend the SAC under Federal Rule 15 and the Defendants must be afforded an opportunity to oppose such a motion. The Trustee's position is that he is not asserting any new claims; rather, he contends that he is asserting additional facts in support of his existing claims in the SAC and thus is not required to file a motion for leave to amend under Rule 15.

The Parties will meet and confer under Rule 26(f) and submit their proposed scheduling order to the Court, which will include the impasse as to the sale-related allegations, and request a Rule 16 conference with the Court.

Respectfully submitted,

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
       crobinson@pszjlaw.com

Steven M. Coren (*pro hac vice*)
Benjamin M. Mather (*pro hac vice*)
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
(215) 735-8700

*Counsel for George L. Miller, Chapter 7 Trustee*

4934-5748-0453.1 57092.001

The Honorable Craig T. Goldblatt
December 10, 2024
Page 3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
E-mail: sbeach@ycst.com
kguerke@ycst.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Thomas S. Jones (*pro hac vice*)
6 PPG Place, Suite 700
Pittsburgh, PA 15222
Telephone: (412) 730-3071
Email: thomas.jones@nelsonmullins.com

*Attorneys for Defendants John Devitt Kramer and Mark Novad*

RICHARDS, LAYTON & FINGER, P.A.

Marcos A. Ramos (DE Bar No. 4450)
Zachary J. Javorsky (DE Bar No. 7069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651 7700
Facsimile: (302) 651-7701
ramos@rlf.com
javorsky@rlf.com

MORGAN, LEWIS & BOCKIUS LLP

Michael L. Kichline (*pro hac vice*)
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
michael.kichline@morganlewis.com

4934-5748-0453.1 57092.001

The Honorable Craig T. Goldblatt
December 10, 2024
Page 4

*Counsel for Defendants Edward West and Mick Beekhuizen*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
E-mail: sbeach@ycst.com
kguerke@ycst.com

SIDLEY AUSTIN LLP

Sam Newman (*pro hac vice*)
Genevieve Weiner (*pro hac vice*)
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Facsimile: 310-595-9501
Email: sam.newman@sidley.com
gweiner@sidley.com


Eric Schwartz (*pro hac vice*)
Brian Tobin (*pro hac vice*)
Anna Gumport (*pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600
E-mail: eschwartz@sidley.com
btobin@sidley.com
agumport@sidley.com

*Counsel for Defendants Mark A. McEachen and John Danielson*

4934-5748-0453.1 57092.001

The Honorable Craig T. Goldblatt
December 10, 2024
Page 5

BLANK ROME LLP

John E. Lucian (*pro hac vice*)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: john.lucian@blankrome.com

*Counsel for Defendant Frank Jalufka*

4934-5748-0453.1 57092.001