**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GEORGE L. MILLER, Chapter 7 Trustee for
Education Management Corporation, *et al.*,

           Plaintiff,

        v.

KKR & CO. INC., *et al.*,

           Defendants.

Case No. 2:25-cv-00311-JS

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR MANDATORY
ABSTENTION AND REMAND TO STATE COURT**

AND NOW, this ___ day of _____, 2025, after consideration of the

Motion by Plaintiff George L. Miller for mandatory abstention and remand to state court

(ECF No. 19), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____

The Honorable Juan R. Sánchez
United States District Judge