# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE



**Randall C. Lohan**
Clerk of Court

**Robert L. Rebeck**
Chief Deputy

U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

April 9, 2025

**Steven M. Coren**
**John W. Morris**
Coren & Ress, P.C.
2001 Market Stree
Two Commerce Square
Suite 3900
Philadelphia, PA 19103

**Christopher J. Merken**
**Michael S. Dolusiio**
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

**Stanley B. Edelstein**
Kang Haggerty LLC
123 South Broad Street
STE. 1950
Philadelphia, PA 19109

RE:   C.A. No. 1:25-00442-UNA
      Association with Delaware Counsel

Dear Counsel:

The above-referenced civil action was transferred to the District of Delaware on 04/09/2025.

Pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, it is required that all parties associate themselves with Delaware counsel. Local Rule 83.5 (d) and (e) read as follows:

> (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the

INSERT NAME
April 9, 2025
Page 2

registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:

(1) The filing of the first paper filed on its behalf; or
(2) The filing of a case transferred or removed to this Court.

Failure to timely obtain such representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

Therefore, please obtain Delaware counsel for your client and have that counsel enter an appearance on or before 05/09/2025.

Sincerely,

Randall C. Lohan
CLERK OF COURT

/mpb